874

*Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 1267. LA PLACA *v.* NEW YORK. June 10, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 1273. LA RAVEARL *v.* RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1274. RAY *v.* RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1275. ROBINSON *v.* ILLINOIS. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1276. JAMES *v.* RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1277. JAMES *v.* RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1278. KRUSE *v.* RAGEN, WARDEN. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.